Case 5:26-cv-00009   Document 4   Filed 01/07/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **WALID ISHAK SOLIMAN MALAK,** § <br> Petitioner, § <br> § <br> VS. § <br> § <br> **BRET BRADFORD, KRISTI NOEM,** § <br> **U.S. DEPARTMENT OF HOMELAND** § <br> **SECURITY, PAMELA BONDI,** § <br> **EXECUTIVE OFFICE FOR** § <br> **IMMIGRATION AND REVIEW, and** § <br> **PERRY GARCIA,** § <br> Respondents. § | CIVIL ACTION NO. 5:26-CV-00009 |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Bret Bradford, Field Office Director of ICE San Antonio Field Office; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; and Perry Garcia, Warden of the LaSalle County Regional Detention Center, as Respondents.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than January 14, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than January 19, 2026**.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on Respondents via certified mail, return receipt requested.

- Respondent Bret Bradford or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.

- Respondent Kristi Noem, Secretary of the U.S. Department of Homeland Security or her designee may be served at U.S. Department of Homeland Security, Office

of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Pamela Bondi, Attorney General of the United States or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.
- Respondent Warden Perry Garcia or his designee may be served at the La Salle County Regional Detention Center, 832 E. Texas Highway 44, Encinal, TX 78019.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested.

The Clerk is also **DIRECTED** to serve a copy of this Petition, (Dkt. No. 1), and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail, return receipt requested. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on January 7, 2026.

_____
John A. Kazen
United States District Judge